**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
James A. Beckstrom, Esq.
Nevada Bar No. 14052
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
jbeckstrom@maclaw.com
*Attorneys for Plaintiffs*
*Allison Stone and Karina Djalilova*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLISON STONE, an individual; and KARINA DJALILOVA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> TOURAY YASIN, an individual; HBTL TOURING, LLC, a Delaware limited liability company; BRIDGING THE GAP MANAGEMENT, LLC, a Delaware limited liability company; ARTIST DUBOSE, a/k/a "A BOOGIE WIT DA HOODIE"; and DOES I through X inclusive; and ROE CORPORATIONS I through X inclusive, <br><br> Defendants. | Case Number: <br> 2:19-cv-01945-JAD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND AND DEFENDANT TO REPLY TO DEFENDANT ARTIST DUBOSE A/K/A A BOOGIE WIT DA HOODIE'S MOTION TO DISMISS AND MOTION TO STRIKE PURSUANT TO FRCP 12(F)** <br> **[DKT. #12 & #13]** <br><br> **(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiffs Allison Stone and Karina Djalilova ("Plaintiffs") and Defendant Artist Dubose a/k/a "A Boogie Wit Da Hoodie" ("Dubose"), by and through their respective counsel of record, submit this Stipulation and Order to Extend Time for Plaintiffs to Respond and Defendant to Reply to his Motion to Dismiss and Motion to Strike (ECF Nos. 12 & 13) filed on November 8, 2019. Plaintiffs request an additional 14-days, from November 22, 2019 to December 6, 2019, to file their response. The reason for

MAC:15729-001 3902009_1 11/18/2019 1:43 PM

this request is to allow Plaintiffs additional time to consider the numerous legal issues set forth in the Motion to Dismiss and Motion to Strike and prepare their Opposition. Defendant Dubose also requests a corresponding extension until December 16, 2019 to file his reply to accommodate the request.

This is the first stipulation for extension of time for Plaintiffs to respond to Defendant Dubose's Motion to Dismiss and Motion to Strike and for Defendants to file a reply. This stipulation is made in good faith and will not prejudice any party.

| Dated this 18th day of November, 2019. | Dated this 18th day of November, 2019. |
|---|---|
| **MARQUIS AURBACH COFFING** | **BENDAVID LAW** |
| By: /s/ James A. Beckstrom | By: /s/ Jeffrey Bendavid |
| Terry A. Coffing, Esq.<br>Nevada Bar No. 4949<br>James A. Beckstrom, Esq.<br>Nevada Bar No. 14052<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiffs*<br>*Allison Stone and Karina Djalilova* | Jeffery Bendavid, Esq.<br>Nevada Bar No. 6220<br>Stephanie J. Smith, Esq.<br>Nevada Bar No. 11280<br>7301 Peak Drive, Suite 150<br>Las Vegas, Nevada 89128<br>*Attorney for HBTL Touring LLC,*<br>*Bridging the Gap Management, LLC*<br>*and Artist Dubose* |

## **ORDER**

IT IS SO ORDERED that Plaintiffs' time to respond to Defendant Dubose's Motion to Dismiss (ECF No. 12) and Motion to Strike (ECF No. 13) is extended 14-days, from November 22, 2019 to December 6, 2019.

IT IS FURTHER ORDERED Defendant Dubose's time to file their Reply in Support of the Motion to Dismiss and Motion to Strike is extended to December 16, 2019.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 18, 2019.

MAC:15729-001 3902009_1 11/18/2019 1:43 PM