**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
James A. Beckstrom, Esq.
Nevada Bar No. 14032
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
jbeckstrom@maclaw.com
  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLISON STONE, an individual; and KARINA DJALILOVA, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> TOURAY YASIN, an individual; HBTL TOURING, LLC, a Delaware limited liability company; BRIDGING THE GAP MANAGEMENT, LLC, a Delaware limited liability company; ARTIST DUBOSE, a/k/a "A BOOGIE WIT DA HOODIE"; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case Number: <br> 2:19-cv-01945-JAD-VCF <br><br> **STIPULATION AND ORDER TO STAY LITIGATION** <br><br> ECF Nos. 30, 38 |

## **STIPULATION TO STAY**

Plaintiffs ALLISON STONE and KARINA DJALILOVA, by and through their attorneys Marquis Aurbach Coffing; Defendants HBTL TOURING, LLC, BRIDGING THE GAP MANAGEMENT, LLC (the "Entity Defendants"), by and through its counsel of record, Bendavid Law; and Defendant YASIN TOURAY, by and through its counsel of record, Backus Carranza & Burden, hereby stipulate to the following:

1. In support of this request, the Parties provide the following information for the Court's consideration:

2. Plaintiffs have filed suit against Defendant Touray and the Entity Defendants as a result of what is alleged to be an assault and battery by Defendant Touray. (ECF No. 1). Plaintiffs further allege that the Entity Defendants are responsible for the actions of Defendant Touray, who is alleged to have been serving in his course and scope of employment during the relevant time period of the alleged assault and battery. (*Id*.) Defendants dispute and deny the allegations of Plaintiffs.

3. On November 25, 2019, this Court issued a scheduling order, with a discovery cut-off date of June 21, 2020. (ECF No. 21.)

4. Thereafter, Plaintiffs have been diligent in (1) serving third-party document subpoenas and (2) propounding written discovery to Defendants.

5. On January 29, 2020, Defendant Touray filed a Motion to Stay Civil Case Pending Criminal Charges. (ECF No. 30.) The Motion was based on a pending criminal trial and more specifically a preliminary hearing set for April 22, 2020, wherein Defendant Touray sought protection from discovery in this case that could influence his pending criminal case. (*Id*.)

6. Thereafter, Plaintiffs filed a Response to said Motion, whereby Plaintiffs opposed the stay, but in the alternative requested that should a stay be imposed as to discovery aimed towards Defendant Touray, the entire case needed to be stayed, due to Defendant Touray's critical role in this litigation. (ECF No. 31). The Entity Defendants joined in the Motion for Stay, but similarly sought a total stay of litigation based on Defendant Touray serving as a crucial party to this litigation. (ECF No. 33).

7. Defendant Touray's Motion for Stay has been fully briefed, but has yet to be ruled on.

/ / /

/ / /

MAC:15729-001 Stipulation and Order (to stay Discovery and other deadlines) (First Request) SJS Edits accepted 3/20/2020 10:57 AM

8. On or about March 14, 2020, the events associated with the COVID-19 outbreak triggered a series of Shelter in Place orders and travel restrictions across the country, as well as a subsequent closure of all non-essential businesses within Clark County, Nevada.

9. Based on the fact that all of the parties and crucial fact witnesses to this case reside outside of Nevada, the parties have agreed that travel is currently infeasible, and the various persons are becoming increasingly unable to meaningfully participate in the discovery process due to the state of affairs throughout the country. Further, the various local and national entities have advised against all non-essential travel and for persons to avoid any crowded settings, and public transportation.

10. There are no parties to this action who reside in Nevada, and the witnesses necessary to advance this litigation reside in California, New York, and New Jersey.

11. The Parties further agree that at this point of the litigation, depositions of these out of state witnesses are a necessary pre-requisite to additional discovery to advance this case to trial, including the retention of costly expert witnesses.

12. Moreover, the Parties agree that any depositions for treating physicians at Sunrise Hospital and Cedar Sinai Hospital, which Plaintiffs contend are crucial to the damages at issue to this case, would also be infeasible in the next 60 days based on the current urgent healthcare crisis.

13. The Parties further agree that based on the above-stated difficulties, and Defendant Touray's April 22, 2020 preliminary hearing, which may also be impacted, the interests of judicial economy supports staying all discovery and related deadlines for **60 days**, or until **May 20, 2020**.

14. The Parties agree to submit a Joint Status Report, and a revised proposed discovery plan for all remaining discovery dates, on or by May 21, 2020.

15. This stipulation is made in good faith and not for the purposes of delay.

/ / /

/ / /

MAC:15729-001 Stipulation and Order (to stay Discovery and other deadlines) (First Request) SJS Edits accepted 3/20/2020 10:57 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

| | |
|---|---|
| Dated this 20th day of March, 2020 | Dated this 20th day of March, 2020 |
| BENDAVID LAW | MARQUIS AURBACH COFFING |
| By: */s/ Jeffrey A. Bendavid*<br>　　Jeffery A. Bendavid, Esq.<br>　　Stephanie J. Smith, Esq.<br>　　7301 Peak Drive, Suite 150<br>　　Las Vegas, Nevada 89128<br>　　*Attorney for HBTL Touring LLC,*<br>　　*Bridging the Gap Management, LLC* | By: */s/ James A. Beckstrom*<br>　　Terry A. Coffing, Esq.<br>　　James A. Beckstrom, Esq.<br>　　10001 Park Run Drive<br>　　Las Vegas, Nevada 89145<br>　　*Attorneys for Plaintiffs* |

Dated this 20th day of March, 2020

BACKUS, CARRANZA & BURDEN

By: */s/ Jacquelyn Franco*
　　Jack P. Burden, Esq.
　　Jacquelyn Franco, Esq.
　　3050 South Durango Drive
　　Las Vegas, Nevada 89117
　　*Attorneys for Defendant Yasin Touray*

**ORDER**

Based on the parties' stipulation [ECF No. 38] and good cause appearing, IT IS HEREBY ORDERED that **this case is stayed until 5/20/2020 for all purposes**. The parties have until 5/21/2020 to file a joint status report and joint proposed amended scheduling order and discovery plan.

IT IS FURTHER ORDERED that **the motion to stay [ECF No. 30] is DENIED as moot.**

_____
U.S. District Judge　　3-23-2020