# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ALLISON STONE, an individual; and KARINA DJALILOVA, an individual,

    Plaintiff,

vs.

YASIN TOURAY, an individual; HBTL TOURING, LLC, a Delaware limited liability company; BRIDGING THE GAP MANAGEMENT, LLC, a Delaware limited liability company; ARTIST DUBOSE, a/k/a "A BOOGIE WIT DA HOODIE"; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

    Defendant.

2:19-cv-01945-JAD-VCF

**ORDER**

Before the Court is the parties' Joint Status Report (ECF No. 47).

Accordingly,

IT IS HEREBY ORDERED that the case is STAYED up to and including August 6, 2020.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation for dismissal on or before August 7, 2020.

DATED this 2nd day of July, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE